UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MITCHELL DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-128 JAR |
| | ) | |
| JOEY ARCAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel. (Doc. No. 20) A review of the file indicates that Plaintiff requested appointment of counsel on February 9, 2016 and again on March 1, 2016. (Doc. Nos. 6, 10) Plaintiff's requests for appointment of counsel were considered in light of relevant factors, see Johnson v. Williams, 788 F.2d 1319, 1322-23 (8th Cir. 1986) and Nelson v. Redfield Lithograph Printing, 728 F.2d 1003, 1004 (8th Cir. 1984), and denied without prejudice on March 2, 2016. (Doc. No. 13) Upon consideration, the Court will deny Plaintiff's latest request for appointment of counsel. The Court finds nothing in the record to cause it to reconsider its previous order denying Plaintiff's motions for appointment of counsel. Again, this case is neither factually nor legally complex. Moreover, Plaintiff has demonstrated that he can adequately present his claims to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Counsel [20] is

**DENIED** without prejudice.

Dated this 22nd day of July, 2016.

                                              _____
                                              **JOHN A. ROSS**
                                              **UNITED STATES DISTRICT JUDGE**